UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-27760 |
| Samuel Gonzalez | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN**

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN,

IT IS ORDERED that the Debtor's motion is granted as follows:

1. The Debtor's plan payments are reduced to $500 per month.
2. The plan term is extended up to 84 months.
3. The trustee is not required to collect money already paid to creditors under the plan.

Enter:

*Carol Doyle* (signature)

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  March 16, 2021

**Prepared by:**

Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603